

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Shanna Lynn Hughitt,

Vs. No. 11-15-00278-CR

The State of Texas,

\* From the 35th District Court
  of Brown County,
  Trial Court No. CR23242.

\* October 31, 2017

\* Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and remand the cause to the trial court to reform the judgment to reflect a conviction for the offense of possession with the intent to deliver methamphetamine in the amount of one gram or more but less than four grams in a drug-free zone and to conduct a new trial as to punishment only.